**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ACHIM GREMA,
    Appellant,

vs.

CITY OF LAS VEGAS,
    Respondent.

No. 68640

**FILED**

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a municipal court conviction. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

         _____, J.
          Saitta

_____ J.
Gibbons

        _____, J.
         Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-25757

cc: Hon. Rob Bare, District Judge
Achim Grema
Attorney General/Carson City
Las Vegas City Attorney
Las Vegas City Attorney/Criminal Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A